### James CHAMBERLAIN,
### Employee/Respondent,
#### v.
### UNITED PARCEL SERVICE and Liberty Mutual Insurance Company,
### Employer/Insurer/Appellant,
#### and
### Robert Holden, Treasurer of the State of Missouri, as Custodian of the Second Injury Fund, Additional Party.
#### No. ED 76738.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 13, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2000.

Application for Transfer Denied Aug. 29, 2000.

Brian S. McChesney, St. Louis, for appellant.

John L. Larsen, St. Louis, for respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christian Everritt, Jefferson City, respondent, for Second Injury Fund.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J., and ROBERT E. CRIST, Sr., J.

### O R D E R

PER CURIAM.

United Parcel Service and its insurer, Liberty Mutual Insurance Co., appeal from a decision by the Labor and Industrial Relations Commission awarding James Chamberlain workers' compensation benefits. The decision of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion would have no precedential valve. However, the parties have been furnished with a memorandum, for their information only, setting forth the reasons for this order.

The decision of the Labor and Industrial Relations Commission is affirmed. Rule 84.16(b).

### B.J.D., Appellant–Respondent,
#### v.
### L.A.D., Respondent–Appellant.
#### No. ED 75612.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 13, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2000.

Application for Transfer Denied Aug. 29, 2000.